

U.S. Department of Justice

United States Attorney
Eastern District of New York

OO
F. #2022R00544

271 Cadman Plaza East
Brooklyn, New York 11201

June 27, 2022

By E-mail

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Christopher Gunn
                Criminal Docket No. 22-MJ-680

Dear Judge Reyes:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety. The defendant has been taken into federal custody pursuant to an arrest warrant and accordingly there is no longer a reason for the matter to remain sealed. A proposed order is enclosed.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:      /s/
      Olatokunbo Olaniyan
      Assistant U.S. Attorney
      (718) 254-6317

Enclosure

cc:    Clerk of Court (by Email)

OO
F.#2022R00544

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

 - against -

CHRISTOPHER GUNN,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

22-MJ-680

  Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Olatokunbo Olaniyan, for an order unsealing the above-captioned matter in its entirety.

  WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated: Brooklyn, New York
    June 27, 2022

               _____
               HONORABLE RAMON E. REYES, JR.
               UNITED STATES MAGISTRATE JUDGE
               EASTERN DISTRICT OF NEW YORK